[No. 61966-7-I.   Division One.   April 27, 2009.]

KEVIN P. MURPHY, *Appellant*, v. THE CITY OF KIRKLAND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-32477-3, Charles W. Mertel, J., entered June 16, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Cox, JJ.

[No. 62064-9-I.   Division One.   April 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. IVARS OTTO EMMERMANIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02474-9, Kimberley Prochnau, J., entered July 16, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Appelwick, JJ.

[No. 62142-4-I.   Division One.   April 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER SINCLAIR WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-08126-3, Julie A. Spector, J., entered August 7, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Cox and Ellington, JJ.

[No. 36469-7-II.   Division Two.   April 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM MALMBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-00911-1, Chris Wickham, J., entered June 22, 2007. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Hunt, J.